UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street, Suite No. 400 South
Oakland, CA 94612

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                          General Court Number
Clerk of Court                                                                              510-637-3530

October 19, 2018

Clerk of the Court,
U.S. District Court, Western District of Virginia (Charlottesville Division (Office 3))
255 W. Main Street, Room 304
Charlottesville, VA 22902

| | |
|---|---|
| Case Name: | USA v. Cole Evan White |
| Case Number: | CAND # 4:18-mj-71386-MAG-1     VAWD # 3:18-MJ-00024-JCH-1 |
| Charges: | 18:2101: Riots and 18:371: Conspiracy to Riot |

Dear Clerk:

      The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Kandis A. Westmore. The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

    (  )    The defendant has a court appearance in your court on:

Enclosed are the following documents:

    (X)    Original Rule 5 affidavit

    (  )    Order Setting Conditions of Release and Appearance

    (  )    CJA 23 Financial Affidavit/Order - CJA Contributions Due

    (X)    Certified copy of AO 94, *Commitment to Another District*

    **Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                                                    Susan Y. Soong, Clerk

By: _____
      Jessie Mosley,
      Case Systems Administrator

Receipt of the above-described documents is acknowledged

Date: _____ .

                                            **CLERK, U.S. DISTRICT COURT**

                                            By: _____
                                                      Deputy Clerk