# UNITED STATES DISTRICT COURT
### for the
### Western District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:18-cr-00025 |
| Benjamin Daley, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America                                                                                                          .

Date:    10/30/2018

s/Thomas T. Cullen
*Attorney's signature*

Thomas T. Cullen, VSB No. 68070
*Printed name and bar number*

U.S. Attorney's Office - WDVA - Roanoke
310 First Street, SW, 9th Floor
Roanoke, VA 24011
*Address*

thomas.cullen@usdoj.gov
*E-mail address*

(540) 857-2250
*Telephone number*

(540) 857-2614
*FAX number*