# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:18-cr-00025 |
| Benjamin Daley, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America                                                                                                              .

Date:    10/31/2018                                                                    s/Justin M. Lugar
                                                                                                     *Attorney's signature*

                                                                                           Justin M. Lugar, VSB No. 77007
                                                                                               *Printed name and bar number*

                                                                                           U.S. Attorney's Office - WDVA - Roanoke
                                                                                           310 First Street, SW, 9th Floor
                                                                                           Roanoke, VA 24011
                                                                                                     *Address*

                                                                                           justin.lugar@usdoj.gov
                                                                                                     *E-mail address*

                                                                                           (540) 857-2250
                                                                                                     *Telephone number*

                                                                                           (540) 857-2614
                                                                                                     *FAX number*