## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No.   3:18-CR-00025 (NKM)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **BENJAMIN DRAKE DALEY** | **:** | |
| **MICHAEL PAUL MISELIS** | **:** | |
| **THOMAS WALTER GILLEN** | **:** | |
| | **:** | |

_____

### UNOPPOSED MOTION TO AMEND BRIEFING ORDER

The United States of America, through counsel, respectfully moves this Court to amend the briefing order regarding the defendants' motions to dismiss.

On February 6, 2019, this Court entered an order (Dkt. No. 75) that the government respond to the defendants' motion on or before February 27, 2019.   Because the undersigned AUSA will preparing and trying a case before this Court from February 26, 2019 to March 4, 2019, the government respectfully requests that the Court amend the briefing order to allow for the government's response on or before March 8, 2019.

The defendants do not object to this motion.   The defendants have also represented to the government that they desire a hearing on the motion, and the parties are conferring on available dates.

1

WHEREFORE, for the foregoing reasons, the United States requests that the Court grant

this motion to amend the briefing order.

Respectfully submitted,

THOMAS T. CULLEN
UNITED STATES ATTORNEY


   /s/Christopher R. Kavanaugh
Christopher Kavanaugh, Va. Bar. 73093
Assistant United States Attorney
United States Attorney's Office
255 W. Main Street
Charlottesville, VA 22902
434-293-4283
christopher.kavanaugh@usdoj.gov

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 8, 2019, I electronically filed the foregoing motion with

the Clerk of the Court using CM/ECF system, which will send notification of such filing to all

counsel of record.

    __/s/Christopher R. Kavanaugh_____
    Christopher Kavanaugh, Va. Bar. 73093
    Assistant United States Attorney
    United States Attorney's Office
    255 W. Main Street
    Charlottesville, VA 22902
    434-293-4283
    christopher.kavanaugh@usdoj.gov

3