# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

## CRIMINAL MINUTES - BOND HEARING

**Case No.:** 3:18-cr-00025-04  **Date:** May 22, 2019

**Defendant:** Cole Evan White (Custody)  **Counsel:** Michael Hemenway (CJA)

PRESENT:
- JUDGE: Hon. Joel C. Hoppe   TIME IN COURT: 10:43-11:08=25 min.
- Deputy Clerk: Joyce C. Jones
- Court Reporter: FTR/J. Jones
- U. S. Attorney: Chris Kavanaugh
- USPO: Sarah Goodwin
- Case Agent: Dino Cappuzzon
- Interpreter: Interpreter

## BOND HEARING

- ☒ Bond hearing held. Defense proffers release plan.
- ☒ Government does not oppose bond and gives a list of conditions they would like imposed by the Court.
- ☐ Defendant(s) not eligible for bond because state reasons not eligible
- ☒ Bond set at $10,000 Unsecured. Written appearance bond and order setting conditions of release to follow.
- ☐ Defendant remanded to custody pending posting of secured bond.
- ☐ Bond denied. Defendant remanded to custody. Written detention order will follow.

- ☒ Defendant advised of penalties and sanctions for failure to appear and/or violating conditions of release.

**Additional Information:**
Court will release defendant on $10,000 Unsecured bond. Defendant's father, Rick White, will be the third party custodian. Defendant will be released after processing and is to meet with US Probation office to go over conditions. Case set for Sentencing before Hon. Norman K. Moon on October 7, 2019 at 10:00 a.m.