APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

**UNITED STATES OF AMERICA**

CASE NO.:  3:18-CR-00025-04

v.

DATE:  May 22, 2019

**COLE EVAN WHITE**

TYPE OF HEARING:  Bond hearing

*****************************************************************************

PARTIES:

| | | | |
|---|---|---|---|
| 1. | Hon. Joel C. Hoppe, USMJ | 6. | Rick White – father of defendant |
| 2. | Chris Kavanaugh, AUSA | 7. | |
| 3. | Defendant | 8. | |
| 4. | Michael Hemenway, CJA | 9. | |
| 5. | Sarah Goodwin, USPO | 10. | CSO/Courtroom Deputy Clerk |

*****************************************************************************

Recorded by:  Joyce C. Jones                    Time in Court:  10:43-11:08

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| **10:43** | 10 | 10:51 | 1 | | | | | | |
| | 1 | | 4,1 | | | | | | |
| | 10 | | 2 | | | | | | |
| | 1 | | 1 | | | | | | |
| | 2,4 | 10:53 | 6,1 | | | | | | |
| **10:44** | 1 | | 3,1 | | | | | | |
| | 4 | 10:56 | 1,2 | | | | | | |
| **10:45** | 1,4 | 10:59 | 1 | | | | | | |
| **10:46** | 2 | 11:02 | 2,4,5 | | | | | | |
| **10:47** | 1 | 11:03 | 1 | | | | | | |
| **10:48** | 2 | 11:06 | 1 | | | | | | |
| **10:49** | 1,2 | 11:08 | 3 | | | | | | |
| | 4 | | 2,4 | | | | | | |
| **10:50** | 1,5 | | 1 | | | | | | |
| | | | END | | | | | | |