CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
05/23/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 3:18-cr-000025-4 |
| | ) | |
| COLE EVAN WHITE, | ) | **ORDER** |
| Defendant. | ) | |

By Order entered May 22, 2019, the Defendant was released on conditions. ECF No. 123. On the recommendation of the Probation Office, and with the parties' consent, the condition requiring the Defendant to submit to location monitoring is hereby MODIFIED to require monitoring by radio frequency, rather than voice recognition.

It is so ORDERED.

ENTERED: May 23, 2019

Joel C. Hoppe
United States Magistrate Judge