CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 13 2020

JULIA C. DUDLEY, CLERK
BY: /s/
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-00025 |
| v. | **ORDER** |
| BENJAMIN DRAKE DALEY, *et al.*, | JUDGE NORMAN K. MOON |
| *Defendants.* | |

    Before the Court is Defendant Cole Evan White's motion to modify conditions of release. Dkt. 215. Defendant previously pled guilty to one count of conspiracy to commit an offense against the United States in violation of 18 U.S.C. § 371 and is presently scheduled to be sentenced for this charge on July 2, 2020. Dkts. 60, 201. Pending this sentencing hearing, Defendant has been released subject to a $10,000 unsecured bond and location monitoring by radio frequency (through an ankle bracelet), among other requirements. Dkt. 201. Defendant now asks that this radio frequency monitoring be discontinued.

    Although Defendant accepted responsibility for his actions and has remained on good behavior while on bond, the Court cannot overlook its own past determinations relating to Defendant's need for detention or monitoring during the course of these proceedings, nor can it overlook such determinations regarding his co-defendants, who engaged in similar underlying conduct as Defendant and have been detained throughout these proceedings. Dkt. 50, 121, 192, 193. There are no new circumstances warranting departure from the Court's prior determination as to Defendant's bond conditions, nor has Defendant shown that modification is warranted under

18 U.S.C. § 3143. As a result, Defendant's motion to modify conditions of release is hereby **DENIED**. Dkt. 215.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to Defendant and all counsel of record.

Entered this 13th day of February, 2020.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE