IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
__Charlottesville__ DIVISION

UNITED STATES OF AMERICA, )
)
)  Criminal Case No.
)
v. )  3:18CR00025-004
)
Cole Evan White )
_____, )
)
Defendant(s). )

## CONSENT TO PROCEED BY VIDEO CONFERENCE

Defendant  Cole Evan White  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

☐ Initial Appearance/Appointment of Counsel

☐ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Preliminary Hearing on Felony Complaint

☐ Bail/Revocation/Detention Hearing

☐ Status and/or Scheduling Conference

☐ Misdemeanor Plea/Trial/Sentence

☐ Felony Guilty Plea

☑ Felony Sentencing

_/s/ White_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_/s/_____
Defense Counsel's Signature

Cole Evan White
Print Defendant's Name

Michael T. Hemenway
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

10/09/2020
_____
Date

_/s/ Joel C. Hoppe_____
U.S. District Judge/U.S. Magistrate Judge