# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION
## CRIMINAL MINUTES – SENTENCING HEARING

Case No.: 3:18CR00025-004                                   Date: 10/16/2020

**Defendant:** Cole Evan White ( Bond )                     **Counsel:** Michael Hemenway ( CJA )

PRESENT:   JUDGE:            Norman K. Moon        TIME IN COURT: 2:00-2:27=27 min
           Deputy Clerk:     Heidi N. Wheeler
           Court Reporter:   JoRita Meyer
           U. S. Attorney:   Christ Kavanaugh
           USPO:             Kim Davis
           Case Agent:
           Interpreter:

## LIST OF WITNESSES

GOVERNMENT:                DEFENDANT:
1.                         1.
2.                         2.
3.                         3.
4.                         4.

**PROCEEDINGS:**

☒   No Objections to Presentence Report. Matters resolved.

☒   No evidence presented.

☒   Court adopts Presentence Report.
☐   Court accepts Plea Agreement.

☒   Government Motion for Substantial Assistance.
    ☒ Court grants.        ☐ Court denies.

☒   Allocutions.

SENTENCE IMPOSED AS FOLLOWS:

CBOP:  14 months as to Count One with credit for time served. 7 months will be served on home confinement with
       5 months credit for time he has already served on home confinement.
PROB:  ____
SR:    2 years - comply w/Standard, Mandatory & Special Conditions.
       ☒   Mandatory drug testing suspended.
SA:    $100 due immediately.
FINE:  $No fine
REST:  $

☐   Court recommends as follows:
    ☐   That Defendant receive appropriate drug treatment and/or mental health treatment while
        imprisoned.
    ☐   That Defendant be designated to  .

SPECIAL CONDITIONS OF SUPERVISION (Check applicable conditions):

1. The defendant shall pay any special assessment, fine, and/or restitution that is imposed by this judgment.

2. The defendant shall provide the probation officer with access to any requested financial information.

3. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

4. The defendant shall reside in a residence free of firearms, ammunition, destructive devices, and dangerous weapons.

5. The defendant shall submit his or her person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his or her supervision and that the areas to be searched contain evidence of this violation.

PAYMENT SCHEDULE:

☒ A lump sum payment of $100 is due immediately.

ADDITIONAL RULINGS:

☒ Count(s) Two is dismissed on Government Motion.
☒ Defendant advised of right to appeal.
☐ Defendant remanded to custody.
☐ Defendant to remain on bond and self report:

☐ to the U. S. Marshal no later than (time) on (date).
☐ to the institution designated by the Bureau of Prisons as directed by the U. S. Marshal.
☐ to the institution designated by the Bureau of Prisons as directed by the U. S. Probation Office.

Additional Information:
Arguments heard.
Findings by Court.